# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Angela K. Froland,

    Plaintiff(s),

vs.

USA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

3:05-cv-280-H

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 23, 2006 Order.

**Signed: January 24, 2006**

_____

Frank G. Johns, Clerk
United States District Court